UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-cv-21264-MARTINEZ/GOODMAN

---

JS IP, LLC, *et al.*,

        Plaintiffs,

  v.

LUXURY SUITES INTERNATIONAL, LLC

        Defendant.

---

### PLAINTIFFS' REQUEST FOR ORAL ARGUMENT ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Local Rule 7.1(b)(2), Plaintiffs hereby request oral argument on their contemporaneously filed Motion for Preliminary Injunction (ECF No. 16), and, in support thereof, state as follows:

In their Motion for Preliminary Injunction, Plaintiffs seek to preliminarily enjoin Defendant Luxury Suites International, LLC ("LSI") from any further use of the FONTAINEBLEAU marks, the FB logo mark, any other marks owned by Plaintiff, and/or any marks confusingly similar to any marks owned by Plaintiff.  Plaintiffs have set forth in their Motion LSI's infringing and misleading use of Plaintiffs' marks on the Internet, in hardcopy print format, and in e-mail communications with Fontainebleau condominium unit owners.  Despite Plaintiffs' several attempts to persuade LSI to cease its infringing activity, LSI has refused to do so.

Plaintiffs believe oral argument will aid the Court in understanding the issues in this case and the extent of LSI's wrongful conduct. Plaintiffs estimate that 40 minutes (20 minutes per side) will be required to address the issues set forth in their Motion for Preliminary Injunction.

Plaintiffs therefore respectfully request that this Court set their Motion for Preliminary Injunction for oral argument in the amount of 45 minutes.

Dated: June 18, 2014

                                      Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**
1737 King Street, Suite 500
Alexandria, Virginia 22314-2756
703-836-6620
703-836-2021 (fax)

    /s/ *Bryce J. Maynard*
Bassam N. Ibrahim
bassam.ibrahim@bipc.com
Bryce J. Maynard
bryce.maynard@bipc.com


**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Tel: (305) 476-7400
Fax: (305 476-7444

    /s/ *Roberto Martínez*
Roberto Martínez
Fla. Bar No. 305596
bob@colson.com
Stephanie A. Casey
Fla. Bar. No. 97483
scasey@colson.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I HEREBY CERTIFY that on June 18, 2014, I filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record identified below in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

/s Stephanie A. Casey
Stephanie A. Casey

Matthew Nelles, Esq.
mnelles@broadandcassel.com
Vanessa M. Serrano, Esq.
vserrano@broadandcassel.com
BROAD AND CASSEL
100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394

*Attorneys for Defendant Luxury Suites International, LLC*